# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-3120
_____

Tynisha Latrice Reinerio, now known as Akosua Tanisha Aaebo

*Plaintiff - Appellant*

v.

Bank of America N.A.; Countrywide Financial Corporation; Countrywide Home
Loans, Inc.; CWAB, Inc.; Bank of New York Mellon; Southlaw P.C.

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: June 1, 2018
Filed: June 6, 2018
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Akosua Tanisha Aaebo, formerly known as Tynisha Latrice Reinerio, appeals from the order of the District Court[1] dismissing her claims as barred by res judicata and denying her motion to remand. She has also filed a motion in this Court for judicial notice.

After de novo review, we conclude that the District Court did not err in dismissing Aaebo's claims. See C.H. Robinson Worldwide, Inc. v. Lobrano, 695 F.3d 758, 763–64 (8th Cir. 2012) (standard of review); see also Chesterfield Vill., Inc. v. City of Chesterfield, 64 S.W.3d 315, 318–20 (Mo. 2002) (applying the Missouri common-law doctrine of claim preclusion); U.S. Fid. & Guar. Co. v. Commerical Union Ins. Co., 943 S.W.2d 640, 642 (Mo. 1997) ("The granting of a motion to dismiss for failure to state a claim is a final judgment on the merits sufficient to raise the defense of res judicata in a later proceeding."). We further conclude that the District Court did not err in denying Aaebo's motion to remand. See Block v. Toyota Motor Corp., 665 F.3d 944, 947–48 (8th Cir. 2011) (reviewing de novo the denial of a motion to remand and explaining the fraudulent joinder standard).

We affirm the judgment of the District Court and deny Aaebo's pending motion.

_____

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.